[No. 68408-6-I.  Division One.  December 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. QUY DINH NGUYEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-1-06802-6, Julie A. Spector, J., entered January 27, 2012. *Affirmed* by unpublished opinion per Verellen, J., concurred in by Becker and Appelwick, JJ. Now published at 179 Wn. App. 271.

[No. 68519-8-I.  Division One.  December 23, 2013.]

JOHN CUMMINGS, *Appellant*, v. THE SEATTLE SCHOOL DISTRICT No. 1, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 11-2-19331-4, Bruce E. Heller, J., entered March 5, 2012. *Affirmed* by unpublished opinion per Spearman, J., concurred in by Leach, C.J., and Verellen, J.

[No. 68633-0-I.  Division One.  December 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LEE FREEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-01727-1, Richard McDermott, J., entered April 6, 2012. *Dismissed* by unpublished per curiam opinion.

[No. 68728-0-I.  Division One.  December 23, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. PHILLIP GREGORY ESPINOZA, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 12-1-00315-1, Michael T. Downes, J., entered May 7, 2012. *Remanded with instructions* by unpublished per curiam opinion.